UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| TRACY ANDRIANO, | ) |
| Plaintiff, | ) Docket No. 3:15-CV-0863 |
| v. | ) |
| | ) JUDGE HAYNES |
| TYSON FOODS, INC., | ) MAGISTRATE JUDGE HOLMES |
| TYSON FRESH MEATS, INC., | ) |
| a subsidiary of Tyson Foods, Inc. | ) JURY DEMAND |
| Defendants. | ) |

## JOINT MEDIATION REPORT

Pursuant to the Case Management Order governing this matter (Docket No. 11), the parties hereby submit this joint mediation report.

The parties had a meeting to discuss whether this case could be resolved without further discovery proceedings on January 20, 2016.

The parties are working cooperatively to move this case forward but at this early stage in discovery do not feel mediation would be productive. After completion of depositions the parties will be in a better position to assess the settlement value of this matter and to pursue alternative dispute resolution if appropriate.

1

Respectfully Submitted,

**ALLMAN & ASSOCIATES**

/s/ Andy L. Allman
Andy L. Allman, BPR No. 17857
R. Patrick Parker, BPR # 16847
131 Saundersville Rd., Suite 110
Hendersonville, TN 37075
Telephone: (615) 933-0110
Facsimile:(615) 265-8766
andy@andylallman.com

*Counsel for Plaintiff*


**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

/s/Kenneth A. Weber
Kenneth A. Weber, BPR No. 015730
Megan M. Sutton, BPR No. 029419
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5760
Facsimile: (615) 744-5760
Email: kweber@bakerdonelson.com
Email: msutton@bakerdonelson.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I certify that on January 27, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.


Kenneth A. Weber, BPR No. 015730
Megan M. Sutton, BPR No. 029419
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5760
Facsimile: (615) 744-5760
Email: kweber@bakerdonelson.com
Email: msutton@bakerdonelson.com

*Attorneys for Defendants*

                                          /s/ Andy L. Allman
                                          Andy L. Allman