UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TRACY ANDRIANO, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:15-cv-00863 |
| | ) | CHIEF JUDGE CRENSHAW |
| TYSON FOODS, INC., and TYSON FRESH MEATS, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons given in the accompanying Opinion, Tyson's Motion for Summary Judgment (Doc. No. 27) is **DENIED**. This case will proceed to trial on August 8, 2017, and all deadlines in the Court's Scheduling Order (Doc. No. 45) remain in effect.

Prior to the pretrial conference, the Court encourages the parties to continue discussing alternative dispute resolution possibilities, as well as the possibility of "obtaining admissions of fact or stipulations regarding the authenticity of documents, and the need for any pretrial motions in limine." M.D. TENN. L.R. 16.01(d)(6). Accordingly, this case is **REFERRED** to the Magistrate Judge to conduct a Final Case Management Conference.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE