# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **TRACY ANDRIANO,** | ) Docket No. 3:15-CV-0863 |
| Plaintiff, | ) |
| | ) **JUDGE CRENSHAW** |
| v. | ) **MAGISTRATE JUDGE HOLMES** |
| | ) |
| **TYSON FOODS, INC.,** | ) **JURY DEMAND** |
| **TYSON FRESH MEATS, INC.,** | ) |
| a subsidiary of Tyson Foods, Inc. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' FIRST MOTION *IN LIMINE* TO EXCLUDE INADMISSIBLE TESTIMONY OF CAYMAN CARROLL

Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc. (collectively referred to as "Tyson") hereby moves that this Court enter an Order excluding from trial inadmissible testimony by Cayman Carroll regarding (1) what Plaintiff told her about Driton Gashi; (2) how she believes other female employees felt around Driton Gashi; and (3) her belief that Tyson treats men better than women.

In support of its motion, Tyson contemporaneously files a memorandum of law.

Respectfully submitted,

s/Megan M. Sutton
Kenneth A. Weber, BPR No. 015730
Megan M. Sutton, BPR No. 029419
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5760
Facsimile: (615) 744-5760
Email: kweber@bakerdonelson.com
Email: msutton@bakerdonelson.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2017, a copy of Defendants' First Motion i*n Limine* to Exclude Inadmissible Testimony of Cayman Carroll was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

R. Patrick Parker, BPR No. 016847
Parker & Associates
1517 Hunt Club Blvd.
Gallatin, Tennessee 37075
Email: pparker@hardaway.net

Attorneys for Plaintiff

s/Megan M. Sutton
Megan M. Sutton