# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **TRACY ANDRIANO,** | ) Docket No. 3:15-CV-0863 |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGE CRENSHAW** |
| v. | ) **MAGISTRATE JUDGE HOLMES** |
| | ) |
| **TYSON FOODS, INC.,** | ) **JURY DEMAND** |
| **TYSON FRESH MEATS, INC.,** | ) |
| a subsidiary of Tyson Foods, Inc. | ) |
| | ) |
| Defendants. | ) |

---

## PLAINTIFF'S FIRST MOTION IN LIMINE TO EXCLUDE OPINION TESTIMONY REGARDING MISSING EVIDENCE AND FOR AN ADVERSE INFERENCE JURY INSTRUCTION

---

COMES now Plaintiff, by and through counsel, pursuant to Fed. R. Civ. P. 16.01(b)6, and moves *in limine* to bar the introduction of any witnesses' opinion testimony regarding the subject matter video surveillance related to Plaintiff ,and upon the trial of this matter, shall be requesting an adverse influence and spoliation of evidence jury instruction regarding missing evidence of video surveillance related to Plaintiff.

In support of her motion, Plaintiff contemporaneously files a memorandum of law.

Respectfully submitted,

**Parker & Associates**

*/s/ R. Patrick Parker*
R. Patrick Parker, BPR # 16847
1517 Hunt Club Boulevard
Gallatin, TN 37075
Telephone: (615) 724-5291
Facsimile: (615) 590-4211
pparker@pparkerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served, via the Middle District ECF filing system, a true and correct copy of the foregoing pleading upon counsel for the parties, as follows:

Kenneth A. Weber, BPR No. 015730
Megan M. Sutton, BPR No. 029419
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5760
Facsimile: (615) 744-5760
Email: kweber@bakerdonelson.com
Email: msutton@bakerdonelson.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　*/s/ R. Patrick Parker*
　　　　　　　　　　　　　　　　　　　Robert Patrick Parker