UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **TRACY ANDRIANO,** | ) | Docket No. 3:15-CV-0863 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGE CRENSHAW** |
| v. | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **TYSON FOODS, INC.,** | ) | **JURY DEMAND** |
| **TYSON FRESH MEATS, INC.,** | ) | |
| a subsidiary of Tyson Foods, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have reached a settlement of the issues in this case. The parties are in the process of drafting formal settlement documents and will promptly file a stipulation of dismissal after the documents have been executed.

Respectfully submitted,

/s Kenneth A. Weber
Kenneth A. Weber, BPR No. 015730
Megan M. Sutton, BPR No. 029419
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5760
Facsimile: (615) 744-5760
Email: kweber@bakerdonelson.com
Email: msutton@bakerdonelson.com

Attorneys for Defendants

/s R. Patrick Parker  
R. Patrick Parker, BPR No. 016847  
Parker & Associates  
1517 Hunt Club Blvd.  
Gallatin, Tennessee 37075  
Email: pparker@hardaway.net  

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2017, a copy of the foregoing Joint Notice of Settlement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

R. Patrick Parker, BPR No. 016847  
Parker & Associates  
1517 Hunt Club Blvd.  
Gallatin, Tennessee 37075  
Email: pparker@hardaway.net  

Attorneys for Plaintiff

/s Kenneth A. Weber